# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SLOATMAN, III AND LALA SLOATMAN, individually and on behalf of all others similarly situated, Plaintiff, vs. ALLIED INTERSTATE LLC, and DOES 1 through 10, inclusive, and each of them, Defendant. | Case No. 2:17-cv-05936-TJH(SSx) Hon. Terry J. Hatter, Jr. ~~Proposed~~ Order [JS-6] |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiffs, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

Dated this  October 15, 2018

_____
Honorable Judge of the District Court